# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**JENNIFER HILL, on behalf of herself and
all others similarly situated,**

    **Plaintiffs,**

vs.                                         1:06-CV-096-SPM/AK

**THE HOOVER COMPANY and THE
HOOVER COMPANY I, foreign
corporations doing business in Florida,**

    **Defendants.**
_____/

### ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING

**THIS CAUSE** comes before the Court upon the "Defendants' Motion for Enlargement of Time to Respond to Plaintiff's Complaint" (doc. 3) filed May 16, 2006. Defendants indicate that there is some confusion about the date on which service of process was effected, which ultimately determines the response deadline. Using the more recent service date of May 16, 2006, a response would be due May 30, 2006.

In the interest of justice, the Court finds the more liberal May 30, 2006 date to be an appropriate deadline for both Defendants to file responses to the complaint. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

    1.    The motion for extension of time (doc. 3) is hereby *granted*.

Dockets.Justia.com

2.  The responsive pleadings to the complaint shall be filed by both Defendants on or before **May 30, 2006**.

**DONE AND ORDERED** this <u>seventeenth</u> day of May, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge