IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL, on behalf of herself and all
other persons similarly situated,

    Plaintiffs,

v.      Case No: 1:06-CV-00096-SPM-AK

THE HOOVER COMPANY and HOOVER
COMPANY, I, Foreign Corporations doing
business in Alachua County, Florida,

    Defendants.
_____/

**ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING**

THIS CAUSE comes before the Court upon the Joint Stipulation and Motion for Extension of Time filed June 6, 2006, and the Court having reviewed the same and being fully advised of the premises, accordingly it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion (doc. 5) is granted and the stipulation is adopted by the Court.

2.     Plaintiff shall file her motion to remand on or before **August 7, 2006.**

**DONE AND ORDERED** this 7th day of June, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge