# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

JENNIFER HILL, on behalf of herself and all
other persons similarly situated,

     Plaintiffs,

v.                                   Case No: 1:06-CV-00096-SPM-AK

THE HOOVER COMPANY and HOOVER
COMPANY, I, Foreign Corporations doing
business in Alachua County, Florida,

     Defendants.

_____/

## DEFENDANTS  NOTICE OF CORPORATE DISCLOSURE

COMES NOW, the Defendants, **HOOVER COMPANY AND HOOVER COMPANY,**

**I.**, by and through their undersigned counsel and says as follows.

1.     At the time of the incidents alleged in the Complaint the Hoover Company was a

wholly owned subsidiary of Maytag Corporation.

2.     Maytag Corporation was subsequently acquired by Whirlpool Corporation.

3.     In early, 2007 Whirlpool Corporation sold the Hoover floor care business to

Techtronic Industries Company, LTD. (TTI).  No other entity has an ownership interest in

Hoover.

Respectfully submitted this 21st day of March, 2007.

                                  /s/
                       **KEVIN J. CARROLL**
                       FLORIDA BAR NO: 0367567
                       Ausley & McMullen
                       227 South Calhoun Street
                       Post Office Box 391

Tallahassee, Florida 32302
(850) 224-9115; Fax (850) 222-7560
**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 21st day of March, 2007, a true and correct copy of the

foregoing has been furnished by U.S. Mail to:

Paul S. Rothstein, Esquire
626 N. E. First Street
Gainesville, Florida 32601


_____/s/_____
Attorney