IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL, on behalf of herself and
all others similarly situated,

      Plaintiffs,

vs.                                                     1:06-CV-096-SPM/AK

THE HOOVER COMPANY and THE
HOOVER COMPANY I, foreign
corporations doing business in Florida,

      Defendants.
_____/

## ORDER STAYING CASE

**THIS CAUSE** comes before the Court upon the "Joint Motion for Stay" (doc. 34). On October 19, 2007, this Court granted a second stay of this matter in order for parties to continue ongoing settlement negotiations. (doc. 33).The parties now request that this matter be stayed for an additional sixty (60) days in order to continue these settlement negotiations.

In light of the complex nature of this case and the repeated attempts that the parties have made to resolve the issue through negotiations, the Court recognizes the need to allow the parties more time to continue this process.

Accordingly, for good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion for stay (doc. 34) is hereby *granted*.

2. On or before **March 24, 2008**, the parties shall file a joint report informing the court of the current state of negotiations or plans for trial.

**DONE AND ORDERED** this <u>first</u> day of February, 2008.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge