IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL, on behalf of herself
and all others similarly situated,

      Plaintiffs,

vs.                                             1:06-CV-096-SPM/AK

THE HOOVER COMPANY and THE
HOOVER COMPANY I, foreign
corporations doing business in Florida,

      Defendants.
_____/

## ORDER STAYING CASE

**THIS CAUSE** comes before the Court upon the "Joint Motion for Stay and Joint Report on Status of Negotiations" (doc. 36). The parties request that this matter be stayed for sixty (60) days in order to continue ongoing settlement discussions. In light of the complex nature of this case and the repeated attempts that the parties have made to resolve the issue through negotiations, the Court recognizes the need to allow the parties more time to continue this process.

Accordingly, for good cause shown, it is **ORDERED AND ADJUDGED** as follows:

    1.    The motion for stay (doc. 36) is hereby *granted*.

2. On or before **Friday, May 23, 2008**, the parties shall file a joint report informing the court of the current state of negotiations or plans for trial.

**DONE AND ORDERED** this <u>fourth</u> day of April, 2008.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge