IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL, on behalf of herself
and all others similarly situated,

       Plaintiffs,

vs.                                                    1:06-CV-096-SPM/AK

THE HOOVER COMPANY and THE
HOOVER COMPANY I, foreign
corporations doing business in Florida,

       Defendants.
_____/

## ORDER STAYING CASE

**THIS CAUSE** comes before the Court upon the "Joint Status Report and Motion for Extension of Stay" (doc. 38). The parties request that this matter be stayed for sixty (60) days in order to continue ongoing settlement discussions. In light of the complex nature of this case and the repeated attempts that the parties have made to resolve the issue through negotiations, the Court recognizes the need to allow the parties more time to continue this process.

Accordingly, for good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.    The motion for stay (doc. 38) is hereby *granted*.

2.    On or before **Tuesday, July 22, 2008**, the parties shall file a joint

report informing the court of the current state of negotiations or plans for trial.

**DONE AND ORDERED** this <u>seventeenth</u> day of June, 2008.

<i>s/ Stephan P. Mickle</i>

Stephan P. Mickle
United States District Judge