IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL, on behalf of
herself and all others similarly
situated,

      Plaintiffs,

v.                              CASE NO.: 1:06cv96-SPM/GRJ

THE HOOVER COMPANY and
THE HOOVER COMPANY I, foreign
corporations doing business in Florida,

      Defendants.
_____/

## ORDER DIRECTING PARTIES TO SUBMIT JOINT REPORT

This cause comes before the Court on the Court's own motion. All deadlines in this case have been stayed pending the parties' attempts to reach settlement. The last report filed in this case was on July 2, 2009, and the parties continued the mediation conference to another date. No further reports have been received. Based on the foregoing, it is

ORDERED AND ADJUDGED:

1. On or before April 29, 2011, the parties shall submit a joint report in accordance with paragraph 2 of the Initial Scheduling Order (doc. 24) and Federal Rule of Civil Procedure 26(f).

2. If the parties have reached a settlement, they shall notify the Court immediately as required by Northern District of Florida Local Rule 16.2(A).

DONE AND ORDERED this 23rd day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge