IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL, on behalf of herself
and all other persons similarly situated,

    Plaintiffs,

v.                                    CASE NO. 1:06-cv-96-SPM-GRJ

THE HOOVER COMPANY and
HOOVER COMPANY, I,
Foreign Corporations doing business
in Alachua County, Florida,

    Defendants.
_____/

## O R D E R

    Pending before the Court is the Defendants' Consent Motion To Extend Deadline For Submitting Joint Report.  (Doc. 54.)  Defendants represent that the parties are continuing to negotiate regarding a possible settlement of this case and to the end held an additional mediation conference on April 25, 2011.  Because the parties are close to the point of either reaching agreement or declaring an impasse, Defendants request an extension of the deadline to file the Joint Report, required pursuant to the Court's Order dated March 23, 2011, from April 29, 2011 to May 13, 2011. Pursuant to Local Rule 7.1(B) Defendants represent that Plaintiffs' counsel agrees to the requested extension.

    Upon due consideration, it is hereby **ORDERED** that:

    (1)    Defendants' Consent Motion To Extend Deadline For Submitting Joint Report (Doc. 54) is **GRANTED**.

*Page 2 of 2*

(2)   The parties shall file the Joint Report by **May 13, 2011.**

**DONE AND ORDERED** this 2nd day of May, 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge