IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL,

    Plaintiff,

vs.  1:06-CV-96-SPM/GRJ

THE HOOVER COMPANY, et al.,

    Defendants.

_____/

### ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon the Parties' Joint Motion for a Case Management Conference and an Extension of Time to File Rule 26 Report (doc. 56). Upon consideration, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion (doc. 56) is *granted in part*.

2. The Parties shall have until May 31, 2011, to file the joint Rule 26 report. The Parties are invited to address any case management issues in the joint report.

3. The request for a case management conference is denied.

**DONE AND ORDERED** this twenty-third day of May, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge