UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL,

        Plaintiff,

v.                                CASE NO.: 1:06cv96-SPM/GRJ

THE HOOVER COMPANY, et al.,

        Defendants.
_____/

## ORDER LIFTING STAY

      This cause comes before the Court on Plaintiff's Motion to Lift Stay (doc. 61).  Plaintiff's motion indicates that the parties have continued settlement negotiations, but have reached an impasse.  Because it appears that no further progress will be made through settlement negotiations at this time, it is

      ORDERED AND ADJUDGED:

      1.      The Motion to Lift Stay (doc. 61) is **granted**.

      2.      The parties shall file a revised joint report on or before November 14, 2011.

      DONE AND ORDERED this 24th day of October, 2011.


*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge