IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL,

       Plaintiff,

v.                                                          CASE NO.: 1:06cv96-SPM/GRJ

THE HOOVER COMPANY, et al.,

       Defendants.
_____/

### ORDER GRANTING WITHDRAWAL

This cause comes before the Court upon Kevin J. Carroll's Motion to Withdraw as Counsel of Record (doc. 63).  Mr. Carroll was recently appointed as a judge on the Second Judicial Circuit Court and therefore must withdraw as counsel in this case.  Defendants have been given notice of Mr. Carroll's need to withdraw.  Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Motion to Withdraw (doc. 133) is granted.

2.    Attorney Kevin J. Carroll is relieved of further responsibility in this case.

3.    Martin B. Sipple will continue representing Defendants, The Hoover

-1-

Company and Hoover Company, I, in the above-referenced action.

DONE AND ORDERED this 24th day of October, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge