UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL,

    Plaintiff,

v.                                      CASE NO.: 1:06cv96-SPM/GRJ

THE HOOVER COMPANY, et al.,

    Defendants.

_____/

## ORDER

Pursuant to the Notice of Withdrawal of Plaintiff's Motion to Lift Stay and Motion to Maintain Stay (doc. 62), the stay remains in place. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Order Lifting the Stay (doc. 64) is vacated.

2.    The parties are not required to file a revised joint report on or before November 14, 2011.

DONE AND ORDERED this 25th day of October, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge