UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL,

    Plaintiff,

v.                                              CASE NO.: 1:06cv96-SPM/GRJ

THE HOOVER COMPANY, et al.,

    Defendants.

_____/

## ORDER

This cause is before the Court on Plaintiff's Motion to Lift Stay (doc. 67). Plaintiff's motion indicates that the parties have continued settlement negotiations, but have reached an impasse. Defendants do not oppose this motion (doc. 68). Because it appears that no further progress will be made through settlement negotiations at this time, it is

ORDERED AND ADJUDGED:

1. The Motion to Lift Stay (doc. 67) is **granted**.

2. On or before April 25, 2012, Defendants shall file a response to the First Amended Complaint (doc. 1-3).

3. The parties shall conduct a new discovery planning meeting in accordance with Federal Rule of Civil Procedure 26(f) and shall submit a revised joint report on or before May 1, 2012.

DONE AND ORDERED this 4th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge