**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

JENNIFER HILL, on behalf of
herself and all other persons
similarly situated,

       Plaintiffs,

v.                        CASE NO.: 1:06cv96-SPM/GRJ

THE HOOVER COMPANY, et al.,

       Defendants.
_____/

**ORDER**

      This cause comes before the Court on the Joint Motion to Vacate Deadline for Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint (doc. 81).  Plaintiff filed a Second Amended Class Action Complaint (doc. 79) and Defendants plan to file a separate motion to dismiss directed specifically at that complaint by May 15, 2012.  Accordingly, it is

      **ORDERED AND ADJUDGED**:

      1.      The motion (doc. 81) is **granted**.

      2.      The deadline for Plaintiff's response to Defendant's motion to dismiss the first amended complaint is vacated.

3.    Defendant's Motion to Dismiss Plaintiff's Amended Complaint (doc.

76) is denied as moot.

**DONE AND ORDERED** this 10th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge