UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JENNIFER HILL, on behalf of herself
and all other persons similarly
situated,

    Plaintiffs,

v.                                       CASE NO.: 1:06cv96-SPM/GRJ

THE HOOVER COMPANY, et al.,

    Defendants.

_____/

## ORDER

This cause is before the Court on Plaintiff's Unopposed Motion to Extend Deadline to Respond to Defendants' Motion to Dismiss Plaintiff's Second Amended Class Action Complaint (doc. 87). Upon consideration, it is

ORDERED AND ADJUDGED:

1.     The motion (doc. 87) is **granted**.

2.     Plaintiff shall have until June 19, 2012 to respond to Defendants' motion to dismiss.

DONE AND ORDERED this 4th day of June, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge