# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

JENNIFER HILL, on behalf of herself
and all other persons similarly situated,

    Plaintiff,

v.                                          CASE NO.: 1:06cv96-SPM/GRJ

THE HOOVER COMPANY and
HOOVER COMPANY, I, foreign
corporations doing business in Alachua
County, Florida,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE
## FOR PLAINTIFF TO FILE A MOTION FOR CLASS CERTIFICATION

This cause comes before the Court on the Parties' joint motion to extend deadline for plaintiff to file motion for class certification. (Doc. 109). Upon consideration, it is hereby ORDERED:

1. The motion (doc. 109) is GRANTED.

2. Plaintiff shall file her Motion for Class Certification no later than Monday, April 1, 2013.

3. Defendant thereafter shall file any response to the Plaintiff's Motion for Class Certification no later than Wednesday, May 1, 2013.

**SO ORDERED** this 12th day of December, 2012.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS**
                                                **CHIEF UNITED STATES DISTRICT JUDGE**